USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONSTER WORLDWIDE, INC.,

    Plaintiff,

v.

RBC CAPITAL MARKETS CORPORATION,

    Defendant.

No. 09-CV-4542 (DAB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1. All claims by plaintiff Monster Worldwide, Inc. in the above-captioned action against defendant RBC Capital Markets Corporation are dismissed with prejudice.

2. Each party shall bear its own costs, fees, including attorneys' fees, and expenses.

Dated: November 17, 2009

| | |
|---|---|
| Lowey Dannenberg Cohen & Hart, P.C. | Milbank, Tweed, Hadley & McCloy LLP |
| /s/ Stephen Lowey | /s/ Sean M. Murphy |
| Stephen Lowey (SL-7677) | Sean M. Murphy (SM-8717) |
| 1 North Broadway, Suite 509 | One Chase Manhattan Plaza |
| White Plains, NY 10601 | New York, NY 10005 |
| Telephone: (914) 997-0500 | Telephone: (212) 530-5000 |
| Facsimile: (914) 997-0035 | Facsimile: (212) 822-5219 |
| Email: slowey@lowey.com | Email: smurphy@milbank.com |
| *Attorneys for plaintiff Monster Worldwide, Inc.* | *Attorneys for defendant RBC Capital Markets Corporation* |

Clerk is directed to close the docket, terminating all pending motions. /DAB/ Nov 19 2009

**SO ORDERED**

/s/ Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
November 19, 2009